1

2

3

4

# UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF CALIFORNIA

6

7   ALLEN HAMMLER,                          Case No.  1:25-cv-00728-BAM (PC)

8              Plaintiff,                    ORDER TO SUBMIT APPLICATION TO
                                             PROCEED *IN FORMA PAUPERIS* OR PAY
9          v.                                FILING FEE WITHIN 30 DAYS

10  GODFRY, *et al.*,                        **THIRTY (30) DAY DEADLINE**

11             Defendants.

12

13         Plaintiff Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* in this civil

14  rights action under 42 U.S.C. § 1983.  This case was initiated on June 16, 2025.  (ECF No. 1.)

15  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma*

16  *pauperis* pursuant to 28 U.S.C. § 1915.

17         Accordingly, IT IS HEREBY ORDERED that:

18         Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the

19  attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of

20  his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action.

21  **No requests for extension will be granted without a showing of good cause.  Failure to**

22  **comply with this order will result in dismissal of this action.**

23

24  IT IS SO ORDERED.

25     Dated:   **June 18, 2025**              ____/s/ *Barbara A. McAuliffe*____

26                                            UNITED STATES MAGISTRATE JUDGE

27

28