UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>    v.<br><br>GODFRY, et al.,<br><br>        Defendants. | No. 1:25-cv-00728-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 7, 8) |

Plaintiff Allen Hammler is a state prisoner proceeding pro se in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2025, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g) and that plaintiff be ordered to pay the $405.00 initial filing fee in full to proceed with this action. Doc. 8. The findings and recommendations were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days after service. *Id.* at 6. Plaintiff did not file objections, and the deadline to do so has passed.

In accordance with 28 U.S.C. § 636 (b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and

1

recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 18, 2025, Doc. 8, are adopted in full;

2. In accordance with 28 U.S.C. § 1915(g), plaintiff's application to proceed in forma pauperis, Doc. 7, is denied; and

3. Within **twenty-one (21) days** following the date of service of this order, plaintiff shall pay the $405.00 filing fee in full to proceed with this action. **If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice**.

IT IS SO ORDERED.

Dated:   September 21, 2025

_____
UNITED STATES DISTRICT JUDGE

2